# EXHIBIT A

WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **File Number** | 49646356 | | |
| **Entity Name** | NORTHWEST COLLECTORS INC. | | |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 04/06/1970 | **State** | ILLINOIS |
| **Agent Name** | BRUCE M JANCOVIC | **Agent Change Date** | 09/05/2008 |
| **Agent Street Address** | 1420 RENAISSANCE DRIVE 313 | **President Name & Address** | ADAM F CRAWFORD 3601 ALGONQUIN RD ROLLING MEADOWS 60008 |
| **Agent City** | PARK RIDGE | **Secretary Name & Address** | JUDITH M SCHOENIG SAME |
| **Agent Zip** | 60068 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 03/25/2016 | **For Year** | 2016 |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Illinois Department of Financial and Professional Regulation

# Lookup Detail View

Contact

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| Northwest Collectors Inc | Rolling Meadows, IL 60008-3106 | |

Contact Information

License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017000047 | LICENSED COLLECTION AGENCY | ACTIVE | 01/01/1998 | 05/26/2015 | 05/31/2018 | N |

License Information

Generated on: 7/25/2016 3:41:07 PM

# EXHIBIT C

# THE THOMPSON LAW FIRM, P.C.

BRYAN P. THOMPSON, ATTORNEY AT LAW
180 W. WASHINGTON ST., SUITE 400
CHICAGO, ILLINOIS 60602

P: (312) 300-4167
F: (312) 340-5712
E: bryan@bryanthompsonlaw.com


***<u>Sent Via Facsimile On Thursday, June 16, 2016</u>***

NORTHWEST COLLECTORS a/k/a NCI Services
3601 ALGONQUIN RD, SUITE 232
ROLLING MEADOWS, IL 60008-3126
Fax: 866-259-8269

Re: Francine Gelman
Alleged Creditor: Medical- North Shore Pathology Consultants
Account Number: #[redacted]

To whom it may concern,

Please take notice that I represent Francine Gelman in regards to the above named alleged debt. As a result, please cease all communications to Francine Gelman and instead direct all communications regarding this account and/or alleged debt or Ms. Gelman to my office. If you need additional information to locate the specific account or client that is being referenced, please contact my office and we will provide you with that additional information.

Feel free to contact me if you have any future questions or concerns.

Sincerely,


Bryan Thompson
THE THOMPSON LAW FIRM, P.C.
180 W. Washington St., Suite 400
Chicago, IL 60602
Ph: (312) 300-4167
Cell: (630) 664-6424
Fx: (312) 340-5712
bryan@bryanthompsonlaw.com